# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT R. HALL, JR., | ) | 1:08cv504 LJO DLB |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On April 14, 2008, Plaintiff, proceeding pro se and in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits.

On April 16, 2008, the Court issued a Scheduling Order along with Instructions for Service of Social Security Appeals. The instructions explained that in order to serve Defendant, Plaintiff was required to complete and return a USM-285 form to the Court, as well copies of the summons and complaint. On July 15, 2008, the service documents were forwarded to Plaintiff for completion and return to the Court. Plaintiff has not returned the documents and therefore, Defendant has not yet been served with the complaint.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to complete and return the service documents. Plaintiff is

1

1  ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the
2  date of this Order.
3      Failure to respond to this order will result in a recommendation that this action be
4  dismissed.

6      IT IS SO ORDERED.
7      Dated:  **October 7, 2008**           /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE