IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. HALL, JR.,  )<br>  )<br>  )<br>  )<br>         Plaintiff,  )<br>  )<br>      vs.  )<br>  )<br>COMMISSIONER OF SOCIAL  )<br>SECURITY,  )<br>  )<br>  )<br>         Defendant.  )<br>_____) | 1:08cv504 LJO DLB<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATION<br><br>(Document 8) |

On April 14, 2008, Plaintiff, proceeding pro se, filed the present action for judicial review of the denial of Social Security benefits.

On November 4, 2008, the Magistrate Judge issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow the Court's order and failure to prosecute the action. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Findings and Recommendations dated November 4, 2008, is ADOPTED IN
3  FULL; and
4  2. The action is DISMISSED.
5  This terminates this action in its entirety.

7  IT IS SO ORDERED.

8  **Dated:   December 15, 2008**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

2